JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN EVANS, an individual California resident, and the proposed class,<br><br>Plaintiff<br><br>v.<br><br>SUREPREP INTERNATIONAL I, LLC a Delaware corporation; SUREPREP INTERNATIONAL II, LLC a Delaware corporation; SUREPREP, LLC a Delaware corporation; and DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | Case No.: CV 20-4209-MCS (Ex)<br><br>[~~PROPOSED~~] ORDER RE DISMISSAL |

1

# [~~PROPOSED~~] ORDER

The court having reviewed the attached stipulation and finding good cause therefore:

**IT IS HEREBY ORDERED THAT:**

Plaintiff's individual claims brought in this matter are dismissed <u>with prejudice</u> and his PAGA claims brought in this matter are dismissed <u>without prejudice</u>.

Dated: October 23, 2020

*Mark C. Scarsi*
Hon. Mark C. Scarsi